UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS ANTHONY TREVINO, et al., | CASE NO. C18-0487JLR |
| Plaintiffs, | ORDER |
| v. | |
| KEVIN W. QUIGLEY, et al., | |
| Defendants. | |

Before the court is Plaintiff Mark Newton Kelly's July 18, 2018, letter. (*See* Letter (Dkt. # 16).) Mr. Kelly informs the court that he does not know why he has been named as a plaintiff, what this case is about, or who the defendants are. (*Id.* at 1.) Although Mr. Kelly allowed Plaintiff Francis Anthony Trevino to name him as a plaintiff in a previous case, Mr. Kelly did not know that Mr. Trevino instituted this case and included him as a plaintiff. (*See id.*) Mr. Kelly represents that he is no longer

//

incarcerated at the same institution as Mr. Trevino and does "not have any access to Mr. Trevino." (*Id.*)

Mr. Kelly's letter demonstrates that he does not wish to be a party to this suit. (*See id.*) Accordingly, the court DISMISSES him as a party and his claims without prejudice. *Cf.* Fed. R. Civ. P. 41(a)(1). In addition, the court ORDERS Mr. Trevino not to file any additional documents in this case on Mr. Kelly's behalf.

Dated this 8th day of August, 2018.

JAMES L. ROBART
United States District Judge