UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| FRANCIS ANTHONY TREVINO,<br><br>Plaintiff,<br><br>v.<br><br>KEVIN W. QUIGLEY, et al.,<br><br>Defendants. | CASE NO. C18-0487JLR<br><br>ORDER DISMISSING WITHOUT PREJUDICE |

On July 27, 2018, the court ordered Plaintiff Francis Anthony Trevino to show cause no later than August 17, 2018, why the court should not dismiss this matter without prejudice for his failure to serve Defendants Kevin W. Quigley and Dorothy Sawyer (collectively, "Defendants"). (7/27/18 Order (Dkt. # 15) at 13-14.) That deadline has passed, and Mr. Trevino has not responded. (*See* Dkt.) Accordingly, the court

//

//

//

ORDER - 1

DIMISSES this case without prejudice for failure to serve Defendants within the time period set forth in Federal Rule of Civil Procedure 4(m).  *See* Fed. R. Civ. P. 4(m).

Dated this 23rd day of August, 2018.

JAMES L. ROBART
United States District Judge