```
 1
 2
 3
 4
 5
 6
 7
 8
 9
```

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| FRANCIS ANTHONY TREVINO, | CASE NO. C18-0487JLR |
|---|---|
| Plaintiff, | MINUTE ORDER |
| v. | |
| KEVIN W. QUIGLEY, et al., | |
| Defendants. | |

The following minute order is made by the direction of the court, the Honorable James L. Robart:

On August 23, 2018, the court dismissed this case without prejudice. (*See* Order (Dkt. # 18); Judgment (Dkt. # 19).) Plaintiff Francis Anthony Trevino now requests that the court send him all original documents that were filed in this matter. (*See* Request (Dkt. # 20) at 1.) The court DENIES Mr. Trevino's request. (*See id.*) The proper procedures for obtaining document copies can be found on the court's website at

//

MINUTE ORDER - 1

http://www.wawb.uscourts.gov/obtainDocumentCopies. Mr. Trevino can obtain document copies through any of the alternatives explained on the court's website.

Filed and entered this 12th day of September, 2018.

WILLIAM M. MCCOOL<br>
Clerk of Court<br><br>
s/ Ashleigh Drecktrah<br>
Deputy Clerk

MINUTE ORDER - 2